UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                           DATE: October 18, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                              Docket No. 15-CR-569

UNITED STATES v. MARK ANDREOTTI

**APPEARANCES:**
Shana W. Chen, AUSA for the Govt
Charlie Divine, AUSA for the Govt
Kevin F. Carlucci, Esq. for Deft (AFPD)

NATURE OF PROCEEDING:  **ARRAIGNMENT ON SUPERSEDING INDICTMENT**

Dft waived reading of the Indictment and plead Not Guilty to all counts of the Superseding Indictment;
Continuance order signed.
Trial date to be set.


Time Commenced:  3:35 p.m.
Time Adjourned:    3:45 p.m.
Total time:   10 mins.

Cc: Chambers                                                                            Carmen D. Soto
                                                                                                      Deputy Clerk