# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CRIMINAL NO.: 15-569 |
| MARK ANDREOTTI | DATE OF PROCEEDINGS: 4/21/2017 |
| | DATE OF ARREST: |

PROCEEDINGS: Bail Modification Hearing

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD ___CJA
( ) WAIVER OF HRG.: ___PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER  No contact with victims or witnesses. Any contact with Melissa Andreotti shall only be through text and email and limited to coordinating business of the children. Home incarceration, reside with sister in Princeton, NJ, etc.

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___COURT ___JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  Shana Chen

DEFT. COUNSEL  Kevin Carlucci

PROBATION _____

INTERPRETER _____
   1. Language: ( )

Time Commenced: 2:36
Time Terminated: 3:06
CD No: FTR

J. Baker

DEPUTY CLERK