```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

## MINUTES OF PROCEEDINGS

NEWARK                                          DATE: May 23, 2017

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                              Docket# 15-CR-569

UNITED STATES v. MARK ANDREOTTI

**Appearances:**
Shana W. Chen, AUSA for the Gov't
Charlie Leslie Divine, AUSA for the Gov't
John P. McGovern, Esq. for Deft (CJA)

Nature of Proceeding:    **STATUS CONFERENCE**

Deft present;
Status conference held;
Jury trial set for 7/31/17;
In limine motions due 7/17/17;
Opposition due 7/24/17;
Oral argument/trial conference set for 7/27/17.


Time Commenced 11:30 a.m.
Time Adjourned 11:40 a.m.
Total time:    10 mins.

cc: chambers                                Carmen D. Soto
                                            Deputy Clerk