UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                              DATE: July 24, 2017

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                     Docket# 15-CR-569

UNITED STATES v. MARK ANDREOTTI

**Appearances:**
Shana W. Chen, AUSA for the Gov't
Charlie Leslie Divine, AUSA for the Gov't
John P. McGovern, Esq. for Deft (CJA)

Nature of Proceeding:    **STATUS CONFERENCE**

Deft present;
Status conference held;
Jury trial **adjourned to 9/11/17**;
In limine hearing/trial conference set for **9/7/17.**
Second FRYE hearing to be held **8/8/17 at 11:00 a.m.**


Time Commenced 12:05 p.m.
Time Adjourned 12:55 p.m.
Total time:   50 mins.

cc: chambers                       Carmen D. Soto
                                   Deputy Clerk