UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 15-569 (SDW) |
| vs. | ORDER FOR CONTINUANCE |
| MARK ANDREOTTI,<br>a/k/a "Mark Andreottis" | |

This matter having come before the Court on the joint application of the United States, by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Shana W. Chen, Assistant U.S. Attorney, and Charlie L. Divine, Special Assistant U.S. Attorney, appearing), and defendant Mark Andreotti (John P. McGovern, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons as stated on the record on July 24, 2017:

1. The court appointed John P. McGovern, Esq., on May 10, 2017, after the defendant represented to the Court that he intended to retain new counsel by May 9, 2017.

2. After the Court appointed Mr. McGovern, the defendant provided a voluminous amount of material that he had not provided to prior counsel,

Assistant Federal Public Defender, Kevin Carlucci.

3. On July 18, 2017, Mr. McGovern requested a continuance, informing the Court that he needed more time to allow sufficient time to prepare for trial.

4. The failure to grant a continuance would deny Mr. McGovern as counsel for the defendant the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___8th___ day of ___August___, 2017,

ORDERED that this action be, and hereby is, continued until September 11, 2017; and it is further

ORDERED that the period from July 31, 2017 through September 11, 2017 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

_____
Honorable Susan D. Wigenton
United States District Judge

Consented to as to form and entry:

_____
Shana W. Chen, Esq.
Assistant U.S. Attorney

_____
John P. McGovern, Esq.
Counsel for defendant