IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO.: 15-569 (SDW) |
| vs. | : |
| | : |
| | : |
| MARK ANDREOTTI | : |

### SUBSTITUTION OF COUNSEL

Kindly enter the appearance of Marc Neff, Esquire, as Attorney for Defendant, Mark Andreotti, in the above-captioned matter.

Dated:

LAW OFFICES OF MARC NEFF                LAW OFFICES OF JOHN P. MCGOVERN

BY: _____          BY: _____
Marc Neff, Esquire                                  John P. McGovern, Esquire
Entering Attorney                                    Withdrawing Attorney